# EXHIBIT 1

Int. Cls.: **39, 41 and 43**

Prior U.S. Cls.: **100, 101, 105 and 107**

**Reg. No. 3,031,210**

## United States Patent and Trademark Office

Registered Dec. 20, 2005

### SERVICE MARK
### PRINCIPAL REGISTER

# TREK TRAVEL

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON
WATERLOO, WI 53594

FOR: ARRANGING TRAVEL TOURS FEATURING HIKING, RIVER RAFTING, WHALE WATCHING, KAYAKING, AND BICYCLING; CULTURAL TOURS, NAMELY, CONDUCTING SIGHTSEEING TOURS FOR OTHERS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002.

FOR: SPORTING AND CULTURAL ACTIVITIES RELATED TO BICYCLING, NAMELY, WINE TASTINGS AND CULTURAL TOURS, NAMELY, GUIDED TOURS OF WINERIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002.

FOR: SERVICES FOR PROVIDING FOOD AND DRINKS AND TEMPORARY LODGING FOR THOSE PARTICIPATING IN BICYCLING ACTIVITIES AND CULTURAL ACTIVITIES RELATED TO BICYCLING, NAMELY, HIKING, RIVER RAFTING, CULTURAL TOURS, WINE TASTINGS, WHALE WATCHING AND KAYAKING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-1-2002; IN COMMERCE 10-1-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,168,276, 2,060,274 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRAVEL", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO TREK.

SER. NO. 76-599,435, FILED 6-28-2004.

APRIL L. RADEMACHER, EXAMINING ATTORNEY

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 2,708,232
Registered Apr. 22, 2003

## TRADEMARK
PRINCIPAL REGISTER

### TREK

TREK COMPANY, INC., THE (CANADA CORPORATION)
#160-7400 RIVER ROAD
RICHMOND BRITISH COLUMBIA, CANADA V6X 1X6 , BY CHANGE OF NAME; BY ASSIGNMENT; BY CHANGE OF NAME 531974 B.C.LTD. (CANADA CORPORATION) VANCOUVER, B.C. V6B 2K4, CANADA

FOR: NON-ALCOHOLIC BEVERAGES SOLD IN LIQUID FORM, NAMELY, NON-CARBONATED FRUIT JUICES, EITHER ALONE OR FLAVORED WITH ANY OR ALL OF THE FOLLOWING - WATER, HERBS AND SPICES (BASED ON USE IN COMMERCE); NON-CARBONATED DRINKING WATERS EITHER ALONE OR FLAVORED WITH ANY OR ALL OF THE FOLLOWING - HERBS, SPICES, AND NATURAL FRUIT FLAVORS (BASED ON USE IN COMMERCE) AND (BASED ON 44(E)), IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 6-30-2002; IN COMMERCE 6-30-2002.

PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 838147, FILED 3-3-1997, REG. NO. TMA566996, DATED 9-6-2002, EXPIRES 9-6-2017.

SER. NO. 75-349,577, FILED 8-29-1997.

ELIZABETH HUGHITT, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**

Reg. No. 1,168,276
Registered Sep. 8, 1981

## TRADEMARK
Principal Register

### TREK

Trek Bicycle Corp. (Wisconsin corporation)
801 W. Madison St.
Waterloo, Wis. 53594

For: BICYCLES AND BICYCLE FRAMES, in CLASS 12 (U.S. Cl. 19).
First use Mar. 10, 1977; in commerce Mar. 10, 1977.

Ser. No. 259,070, filed Apr. 21, 1980.

SIDNEY I. MOSKOWITZ, Primary Examiner

Int. Cls.: 9, 12 and 28

Prior U.S. Cls.: 19, 21, 22, 23, 26, 31, 35, 36, 38, 44 and 50

Reg. No. 2,060,274

**United States Patent and Trademark Office**  Registered May 13, 1997

## TRADEMARK
### PRINCIPAL REGISTER

### TREK

TREK BICYCLE, CORP. (WISCONSIN CORPORATION)
801 WEST MADISON STREET
P. O. BOX 183
WATERLOO, WI 53594

FOR: CYCLING COMPUTERS AND HEAD PROTECTIVE HELMETS FOR BICYCLE USERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1990; IN COMMERCE 9-0-1990.

FOR: BICYCLES, BICYCLE FRAMES, AND A FULL LINE OF PARTS AND ACCESSORIES FOR BICYCLES, NAMELY, HANDLEBARS, HANDLEBAR END EXTENSIONS, HANDLEBAR STEMS, SEATS, SEAT POSTS, SEAT POST CLAMPS AND BINDER BOLTS, TIRES, TIRE INNERTUBES, PEDALS, FORKS FOR SUPPORTING BICYCLES UPON BICYCLE WHEELS, BICYCLE SUSPENSIONS, WHEELS AND WHEEL RIMS, WATER BOTTLES, WATER BOTTLE CAGES, BICYCLE MOUNTED RACKS, BICYCLE CARRYING RACKS FOR MOTOR VEHICLES, TOOLS AND TIRE REPAIR KITS FOR BICYCLES, LOCK HOLDERS, AUDIBLE WARNING DEVICES, NAMELY, BELLS FOR BICYCLES, LIGHTING SYSTEMS FOR BICYCLES AND BICYCLE FENDERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

FOR: EXERCISE EQUIPMENT, NAMELY, STATIONARY EXERCISE CYCLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-1993; IN COMMERCE 10-0-1993.

OWNER OF U.S. REG. NO. 1,168,276.

SER. NO. 74-583,173, FILED 10-6-1994.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,742,116
Registered July 29, 2003

## TRADEMARK
PRINCIPAL REGISTER



TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON STREET
WATERLOO, WI 53594

FOR: BICYCLES AND BICYCLE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-30-1998; IN COMMERCE 9-30-1998.

SER. NO. 78-171,262, FILED 10-4-2002.

GINA HAYES, EXAMINING ATTORNEY

Int. Cls.: **25 and 28**

Prior U.S. Cls.: **22, 23, 38, 39 and 50**

Reg. No. **2,745,442**

**United States Patent and Trademark Office**    Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### TREK

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON STREET
P. O. BOX 183
WATERLOO, WI 53594

FOR: BICYCLING APPAREL, NAMELY, BICYCLING JERSEY; FORM FITTING AND REINFORCED SEAT ELASTIC SHORTS; ANKLE LENGTH SOCKS; WIND RESISTANT JACKETS WITH ENHANCED VISIBILITY FABRIC, EXTRA SLEEVE LENGTH, HIGH COLLAR AND EXTENDED LENGTH BACK PANEL; VESTS WITH ENHANCED VISIBILITY FABRIC, HIGH COLLAR AND EXTENDED LENGTH BACK PANEL, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1988; IN COMMERCE 6-0-1988.

FOR: PADDED AND REINFORCED FINGERLESS BICYCLING GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-0-1988; IN COMMERCE 6-0-1988.

OWNER OF U.S. REG. NOS. 1,162,276, 2,060,274 AND OTHERS.

SER. NO. 75-414,082, FILED 1-5-1998.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,053,077
Registered Jan. 31, 2006

## TRADEMARK
### PRINCIPAL REGISTER

### TREK

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON STREET
WATERLOO, WI 53594

FOR: BACKPACKS, FANNY PACKS, TEXTILE TOTE BAGS, HIP PACKS, MESSENGER BAGS, RACK TRUNKS, SADDLE BAGS, BICYCLE SEAT PACKS, ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-31-1993; IN COMMERCE 1-31-1993.

OWNER OF U.S. REG. NOS. 1,845,607, 2,745,442 AND OTHERS.

SER. NO. 78-316,205, FILED 10-21-2003.

MICHAEL KEATING, EXAMINING ATTORNEY

Int. Cl.: **35**

Prior U.S. Cls.: **100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. **3,516,346**
Registered Oct. 14, 2008

## SERVICE MARK
## PRINCIPAL REGISTER

# Trek

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON ST
WATERLOO, WI 53594

FOR: ON-LINE RETAIL AND WHOLESALE STORE SERVICES FEATURING A WIDE RANGE OF CONSUMER PRODUCTS EXCEPT FOOTWEAR ALL PROVIDED VIA THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2002; IN COMMERCE 9-30-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,687,012.

SER. NO. 77-433,264, FILED 3-27-2008.

REGINA DRUMMOND, EXAMINING ATTORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**  Reg. No. 1,994,479
Registered Aug. 20, 1996

## SERVICE MARK
PRINCIPAL REGISTER

### TREK 100

TREK BICYCLE, CORP. (WISCONSIN CORPORATION)
801 WEST MADISON STREET
P. O. BOX 183
WATERLOO, WI 53594

FOR: PROVIDING RIDE SUPPORT VEHICLES IN COMPETITIVE AND RECREATIONAL EVENTS, NAMELY BICYCLE TOURS, BICYCLE RACES, AND TRIATHLONS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "100", APART FROM THE MARK AS SHOWN.

SER. NO. 74-580,965, FILED 10-3-1994.

RUDY R. SINGLETON, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,653,169
Registered July 14, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

# Trek 100

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON ST
WATERLOO, WI 53594

FOR: CHARITABLE FUND RAISING SERVICES BY MEANS OF BICYCLE RIDES AND ENTERTAINMENT EVENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-1-1989; IN COMMERCE 5-1-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,994,479, 3,042,834 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "100", APART FROM THE MARK AS SHOWN.

SER. NO. 77-388,493, FILED 2-5-2008.

BARBARA RUTLAND, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**   Reg. No. 3,397,739
                                                 Registered Mar. 18, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# Trek Bicycle Store

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON ST
WATERLOO, WI 53594

FOR: RETAIL STORES FEATURING BICYCLES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-1-1996; IN COMMERCE 9-1-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,994,479 AND 2,742,116.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BICYCLE STORE", APART FROM THE MARK AS SHOWN.

SER. NO. 77-221,529, FILED 7-3-2007.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38 and 39**

**United States Patent and Trademark Office**

Reg. No. **2,876,977**
Registered Aug. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

### TREKLITE

TREKLITE, INC. (NORTH CAROLINA CORPORATION)
904 DOROTHEA DRIVE
RALEIGH, NC 27603

FOR: ORIENTEERING EQUIPMENT AND CLOTHING FOR OUTDOOR SPORTING ACTIVITIES, NAMELY, PROTECTIVE OUTER WEAR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-22-1977; IN COMMERCE 7-17-1979.

FOR: ORIENTEERING EQUIPMENT AND CLOTHING FOR OUTDOOR SPORTING ACTIVITIES, NAMELY, LEGGINGS, PANTS, GATORS, SHIRTS, AND JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-22-1977; IN COMMERCE 7-17-1979.

SER. NO. 78-085,960, FILED 9-27-2001.

JOHN GARTNER, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,042,834
Registered Jan. 10, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# TREK UNIVERSITY

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON
WATERLOO, WI 53594

FOR: INSTRUCTIONAL AND TRAINING SERVICES IN THE FIELD OF RETAILING BICYCLES, BICYCLE CLOTHING AND BICYCLE ACCESSORIES, AND IN THE FIELDS OF BICYCLE SAFETY, BICYCLE RECREATION, BICYCLE SERVICE AND BICYCLE REPAIR, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-1-2004; IN COMMERCE 10-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,168,276, 2,580,991, AND 2,745,442.

SN 78-447,581, FILED 7-8-2004.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

Reg. No. 2,687,012

**United States Patent and Trademark Office**   Registered Feb. 11, 2003

## SERVICE MARK
## PRINCIPAL REGISTER

### ETREK

TREK BICYCLE CORPORATION (WISCONSIN CORPORATION)
801 WEST MADISON STREET
P.O. BOX 183
WATERLOO, WI 53594

FOR: ON-LINE RETAIL AND WHOLESALE STORE SERVICES, FEATURING A WIDE RANGE OF CONSUMER PRODUCTS, EXCEPT FOOTWEAR, ALL PROVIDED VIA THE INTERNET, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2002; IN COMMERCE 9-30-2002.

SN 75-933,601, FILED 3-1-2000.

NICHOLAS ALTREE, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

Reg. No. 3,066,516

United States Patent and Trademark Office         Registered Mar. 7, 2006

## TRADEMARK
### PRINCIPAL REGISTER

## TREKER

GREAT PLAINS MANUFACTURING, INCORPORATED (KANSAS CORPORATION)
1525 E. NORTH STREET
SALINA, KS 67416

FOR: OFF-ROAD ALL-TERRAIN UTILITY VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 11-0-2002; IN COMMERCE 11-0-2002.

SN 78-182,435, FILED 11-6-2002.

JOHN DWYER, EXAMINING ATTORNEY