# EXHIBIT 2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2009-09-28 14:31:37 ET

**Serial Number:** 77476296 Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# Trek

**(words only):** TREK

**Standard Character claim:** Yes

**Current Status:** A statement of use has been filed and the application and statement of use have been forwarded to the examining attorney for examination.

**Date of Status:** 2009-08-31

**Filing Date:** 2008-05-16

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**Attorney Assigned:**
HINES REGINA C

**Current Location:** M50 -TMO Law Office 114

**Date In Location:** 2009-08-31

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Trek Bicycle Corporation

**Address:**
Trek Bicycle Corporation

801 West Madison St
Waterloo, WI 53594
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Wisconsin
**Phone Number:** 9204782191
**Fax Number:** 9204784200

## GOODS AND/OR SERVICES

**International Class:** 032
**Class Status:** Active
Powders used in the preperation of sports drinks and energy drinks
**Basis:** 1(b)
**First Use Date:** 2009-08-10
**First Use in Commerce Date:** 2009-08-10

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2708232

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2009-08-31 - Statement of use processing complete

2009-08-26 - Amendment to Use filed

2009-08-26 - TEAS Statement of Use Received

2009-06-29 - Extension 1 granted

2009-04-21 - Extension 1 filed

2009-06-29 - Case Assigned To Intent To Use Paralegal

2009-06-03 - Extension Received With TEAS Petition

2009-06-03 - Petition To Revive-Granted

2009-06-03 - TEAS Petition To Revive Received

2009-05-26 - Abandonment Notice Mailed - No Use Statement Filed

2009-05-25 - Abandonment - No use statement filed

2008-10-21 - Noa Mailed - SOU Required From Applicant

2008-07-29 - Published for opposition

2008-07-09 - Notice of publication

2008-06-21 - Law Office Publication Review Completed

2008-06-21 - Assigned To LIE

2008-06-21 - Approved for Pub - Principal Register (Initial exam)

2008-06-20 - Assigned To Examiner

2008-05-20 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Mary Catherine merz

**Correspondent**
Mary Catherine merz
Merz & Associates, P.C.
1010 Lake Street, Suite 400
Oak Park IL 60301
Phone Number: (708) 383-8801
Fax Number: (708) 383-8897