# EXHIBIT 6

# Cycle Sport USA Reader Survey Synopsis 2005-2009

## Top Ten Most Recently Purchased Road Bikes

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|---|---|---|---|---|---|---|---|---|----|
| 2009 | Trek | Specialized | Cervelo | Cannondale | Bianchi | Giant | Colnago | Pinarello | Look | Serotta |
| 2008 | Trek | Specialized | Cervelo | Cannondale | Giant | Serotta | Colnago | Bianchi | Orbea | Pinarello |
| 2007 | Trek | Specialized | Cannondale | Cervelo | Giant | Colnago | Bianchi | LeMond | Orbea | Litespeed |
| 2006 | Trek | other | Specialized | Cannondale | Colnago | Bianchi | Litespeed | LeMond | Giant | Cervelo |
| 2005 | Trek | Cannondale | Specialized | Colnago | Litespeed | Giant | LeMond | Bianchi | Serotta | Merckx |

## Top Ten Bikes Price Not An object

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|---|---|---|---|---|---|---|---|---|----|
| 2009 | Pinarello | Cervelo | Colnago | Trek | Specialized | Seven | Merckx | IF | Orbea | Parlee |
| 2008 | Cervelo | Pinarello | Colnago | Trek | Specialized | Serotta | DeRosa | Seven | Parlee | Bianchi |
| 2007 | Trek | Colnago | Cervelo | Specialized | Merckx | DeRosa | Serotta | Seven | BMC | Pinarello |
| 2006 | Colnago | Cervelo | Trek | Merckx | Pinarello | Serotta | Seven | Litespeed | DeRosa | IF |
| 2005 | Colnago | Trek | Serotta | Pinarello | Merckx | Litespeed | Cervelo | Seven | DeRosa | Orbea |

## Top Ten Bikes Price Being An Object

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|------|---|---|---|---|---|---|---|---|---|----|
| 2009 | Trek | Specialized | Cannondale | Colnago | Giant | Pinarello | Felt | Bianchi | Look | |
| 2008 | Cervelo | Specialized | Cannondale | Colnago | Giant | Bianchi | Pinarello | Orbea | Serotta | |
| 2007 | Trek | Specialized | Cannondale | Bianchi | Orbea | Pinarello | Merckx | Serotta | | |
| 2006 | Trek | Cervelo | Specialized | Colnago | Bianchi | Cannondale | Merckx | Giant | Orbea | Litespeed |
| 2005 | Trek | Specialized | Cannondale | Litespeed | Cervelo | Colnago | Giant | Orbea | Bianchi | Merckx |

# Cycle Sport USA Magazine 2009 Reader Survey



Survey Results

| Internet Cafe | 2 | 0% |
| Other, Please Specify | 3 | 0% |
| View Responses | | |

### 39. Most recently purchased road bike

| Aegis | 1 | 0% |
| Alan | 0 | 0% |
| Argon 18 | 2 | 0% |
| BH | 2 | 0% |
| BMC | 9 | 1% |
| Basso | 1 | 0% |
| Bianchi | 42 | 4% |
| Blue | 6 | 1% |
| Calfee | 9 | 1% |
| Cannondale | 72 | 6% |
| Carrera | 2 | 0% |
| Casati | 0 | 0% |
| Cervelo | 79 | 7% |
| Cinelli | 3 | 0% |
| Ciocc | 2 | 0% |
| Colnago | 40 | 4% |
| Coppi | 1 | 0% |
| Custom | 10 | 1% |
| Cyfac | 1 | 0% |
| Davidson | 1 | 0% |
| De Rosa | 5 | 0% |
| Debernardi | 0 | 0% |
| Dean | 1 | 0% |
| Dolan | 0 | 0% |
| Eddy Merckx | 18 | 2% |
| Elite | 0 | 0% |

| | | | |
|---|---|---|---|
| Felt | | 21 | 2% |
| Fondriest | | 3 | 0% |
| Fuji | | 16 | 1% |
| Focus | | 0 | 0% |
| Gary Fisher | | 0 | 0% |
| Giant | | 42 | 4% |
| Gios | | 1 | 0% |
| GT | | 9 | 1% |
| Guru | | 4 | 0% |
| Hampsten | | 3 | 0% |
| Ibis | | 0 | 0% |
| Independent Fabrications | | 8 | 1% |
| Isaac | | 0 | 0% |
| Jamis | | 3 | 0% |
| Javelin | | 0 | 0% |
| K2 | | 1 | 0% |
| Kestrel | | 7 | 1% |
| Klein | | 6 | 1% |
| Kona | | 4 | 0% |
| Kuips | | 0 | 0% |
| Kuota | | 6 | 1% |
| LaPierre | | 4 | 0% |
| LeMond | | 24 | 2% |
| Litespeed | | 24 | 2% |
| Look | | 26 | 2% |
| Louis Garneau | | 3 | 0% |
| Lynsky | | 1 | 0% |
| Marin | | 2 | 0% |
| Marinoni | | 1 | 0% |
| Masi | | 4 | 0% |
| Merlin | | 13 | 1% |

| | | | |
|---|---|---|---|
| Milano Sport | | 0 | 0% |
| Mondonico | | 1 | 0% |
| Mongoose | | 1 | 0% |
| Moots | | 2 | 0% |
| Moser | | 1 | 0% |
| Olmo | | 1 | 0% |
| Opera | | 3 | 0% |
| Orbea | | 24 | 2% |
| Parlee | | 7 | 1% |
| Pegoretti | | 1 | 0% |
| Performance | | 1 | 0% |
| Pinarello | | 31 | 3% |
| Quintana Roo | | 1 | 0% |
| Quattro Assi | | 2 | 0% |
| Raleigh | | 8 | 1% |
| Redline | | 2 | 0% |
| Richard Sachs | | 0 | 0% |
| Ridley | | 14 | 1% |
| Ritchey | | 4 | 0% |
| Salsa | | 0 | 0% |
| Scattante | | 1 | 0% |
| Scott | | 23 | 2% |
| Schwinn | | 7 | 1% |
| Serotta | | 31 | 3% |
| Seven | | 16 | 1% |
| Somec | | 0 | 0% |
| Specialized | | 135 | 12% |
| Spectrum | | 5 | 0% |
| Storck | | 1 | 0% |
| Surly | | 3 | 0% |
| Time | | 11 | 1% |

| | | | | |
|---|---|---|---|---|
| Titus | | | 3 | 0% |
| Tomassini | | | 0 | 0% |
| Torelli | | | 4 | 0% |
| Trek | | | 171 | 15% |
| Van Dessel | | | 2 | 0% |
| Waterford | | | 1 | 0% |
| Wilier | | | 4 | 0% |
| Other | | | 70 | 6% |
| | | Total | 1135 | 100% |

**40.** Most desired bicycle if price were no object

| | | | |
|---|---|---|---|
| Aegis | | 0 | 0% |
| Alan | | 0 | 0% |
| Argon 18 | | 2 | 0% |
| BH | | 3 | 0% |
| BMC | | 7 | 1% |
| Basso | | 0 | 0% |
| Bianchi | | 10 | 1% |
| Blue | | 1 | 0% |
| Calfee | | 9 | 1% |
| Cannondale | | 15 | 1% |
| Carrera | | 2 | 0% |
| Casati | | 0 | 0% |
| Cervelo | | 148 | 13% |
| Cinelli | | 5 | 0% |
| Ciocc | | 0 | 0% |
| Colnago | | 130 | 12% |
| Coppi | | 2 | 0% |
| Custom | | 27 | 2% |
| Cyfac | | 3 | 0% |
| Davidson | | 0 | 0% |

| Storck | | 13 | 1% |
|---|---|---|---|
| Surly | | 0 | 0% |
| Time | | 18 | 2% |
| Titus | | 1 | 0% |
| Tomassini | | 3 | 0% |
| Torelli | | 0 | 0% |
| Trek | | 98 | 9% |
| Van Dessel | | 0 | 0% |
| Waterford | | 3 | 0% |
| Wilier | | 15 | 1% |
| Other | | 20 | 2% |
| | Total | 1129 | 100% |

**41.** Most desired bicycle with price being an object

| Aegis | | 1 | 0% |
|---|---|---|---|
| Alan | | 0 | 0% |
| Argon 18 | | 3 | 0% |
| BH | | 4 | 0% |
| BMC | | 9 | 1% |
| Basso | | 0 | 0% |
| Bianchi | | 26 | 2% |
| Blue | | 6 | 1% |
| Calfee | | 0 | 0% |
| Cannondale | | 58 | 5% |
| Carrera | | 1 | 0% |
| Casati | | 1 | 0% |
| Cervelo | | 173 | 16% |
| Cinelli | | 3 | 0% |
| Ciocc | | 2 | 0% |
| Colnago | | 56 | 5% |
| Coppi | | 0 | 0% |

| | | |
|---|---|---|
| Custom | 9 | 1% |
| Cyfac | 1 | 0% |
| Davidson | 1 | 0% |
| De Rosa | 6 | 1% |
| Dean | 1 | 0% |
| Debernardi | 0 | 0% |
| Dolan | 1 | 0% |
| Eddy Merckx | 16 | 1% |
| Elite | 0 | 0% |
| Felt | 32 | 3% |
| Fondriest | 3 | 0% |
| Focus | 1 | 0% |
| Fuji | 7 | 1% |
| Gary Fisher | 2 | 0% |
| Giant | 40 | 4% |
| Gios | 0 | 0% |
| GT | 2 | 0% |
| Guru | 2 | 0% |
| Hampsten | 4 | 0% |
| Ibis | 1 | 0% |
| Independent Fabrications | 12 | 1% |
| Isaac | 0 | 0% |
| Jamis | 7 | 1% |
| Javelin | 1 | 0% |
| K2 | 1 | 0% |
| Kestrel | 1 | 0% |
| Klein | 1 | 0% |
| Kona | 0 | 0% |
| Kuota | 5 | 0% |
| Kuips | 0 | 0% |
| LaPierre | 5 | 0% |

| | | |
|---|---:|---:|
| LeMond | 6 | 1% |
| Litespeed | 12 | 1% |
| Look | 23 | 2% |
| Louis Garneau | 0 | 0% |
| Lynsky | 2 | 0% |
| Masi | 2 | 0% |
| Merlin | 5 | 0% |
| Milano Sport | 0 | 0% |
| Mondonico | 2 | 0% |
| Mongoose | 0 | 0% |
| Moots | 10 | 1% |
| Moser | 0 | 0% |
| Olmo | 0 | 0% |
| Opera | 2 | 0% |
| Orbea | 31 | 3% |
| Parlee | 7 | 1% |
| Pegoretti | 4 | 0% |
| Pinarello | 34 | 3% |
| QR | 0 | 0% |
| Quattro Assi | 0 | 0% |
| Raleigh | 2 | 0% |
| Redline | 2 | 0% |
| Richard Sachs | 0 | 0% |
| Ridley | 15 | 1% |
| Ritchey | 0 | 0% |
| Salsa | 1 | 0% |
| Scattante | 3 | 0% |
| Scott | 16 | 1% |
| Schwinn | 0 | 0% |
| Serotta | 19 | 2% |
| Seven | 11 | 1% |

| | | | |
|---|---|---:|---:|
| Somec | | 0 | 0% |
| Specialized | | 146 | 13% |
| Spectrum | | 1 | 0% |
| Storck | | 3 | 0% |
| Surly | | 1 | 0% |
| Time | | 4 | 0% |
| Titus | | 0 | 0% |
| Tomassini | | 2 | 0% |
| Torelli | | 1 | 0% |
| Trek | | 179 | 16% |
| Van Dessel | | 1 | 0% |
| Waterford | | 6 | 1% |
| Wilier | | 12 | 1% |
| Other | | 35 | 3% |
| | Total | 1105 | 100% |

**42.** Groupset

| | | | |
|---|---|---:|---:|
| Campagnolo | | 353 | 31% |
| Shimano | | 593 | 53% |
| SRAM | | 169 | 15% |
| Other, Please Specify View Responses | | 10 | 1% |
| | Total | 1125 | 100% |

**43.** Crankset

| | | | |
|---|---|---:|---:|
| Bontrager | | 21 | 2% |
| Campagnolo | | 305 | 27% |
| Cannondale | | 22 | 2% |
| Colnago | | 3 | 0% |
| Cook | | 0 | 0% |
| Deda | | 1 | 0% |



Subscriber Study
July 2007

Conducted by

*Erdos & Morgan*

©2007 Rodale, Inc. All rights reserved. Any reproduction, publication, or distribution of this publication and/or disclosure of the contents thereof, in whole or in part, is strictly forbidden without written authorization. For more information regarding the 2007 BICYCLING Subscriber Study, contact the Research Department of BICYCLING, 733 Third Ave, New York, NY 10017, (212) 808-1461.

# Bicycle Ownership

## Brands of Bicycles Owned (Road and Off-Road)

Which brand(s) of bikes do you own? Road and Off-Road

Total                         477
Total not answering           2
Total answering               475
Base: Household owns 1 or more bicycles

| | |
|---|---|
| Argon 18 | 0.2% |
| Bianchi | 8.4% |
| BMC | - |
| Burley | 1.1% |
| Calfee | 0.4% |
| Cannondale | 16.6% |
| Cervelo | 1.5% |
| Colnago | 1.1% |
| Commencal | 0.2% |
| Co-Motion | 0.4% |
| Cove | - |
| Dean | 0.4% |
| DeRosa | 0.4% |
| Devinci | 0.2% |
| Diamondback/DBR | 4.6% |
| Douglas | 0.6% |
| Eddy Merckx | 0.6% |
| Electra | 1.3% |
| Ellsworth | 0.4% |
| Felt | 2.3% |
| Foes | 0.2% |
| Fuji | 5.9% |
| Gary Fisher | 7.4% |
| Giant | 16.8% |
| GT | 3.4% |
| Haro | 1.3% |
| Independent Fabrication | 0.4% |
| Intense | - |

# Bicycle Ownership

## Brands of Bicycles Owned (Road and Off-Road), continued

| | |
|---|---|
| Iron Horse | 1.3% |
| Jamis | 3.2% |
| K2 | 1.1% |
| Kestrel | 0.8% |
| KHS | 1.5% |
| Kona | 3.8% |
| Kuota | 0.2% |
| LeMond | 6.1% |
| Litespeed | 5.7% |
| Look | 0.6% |
| Marin | 2.1% |
| Masi | 1.1% |
| Maverick | - |
| Merlin | 0.8% |
| Mongoose | 3.8% |
| Moots | - |
| Motobecane | 1.5% |
| Mountain Cycle | 0.2% |
| Norco | - |
| Novara | 3.8% |
| Opera | - |
| Orange | - |
| Orbea | 2.9% |
| Parlee | - |
| Pegoretti | 0.2% |
| Pinarello | 0.6% |
| Raleigh | 12.0% |
| Ritchey | - |
| Rivendell | 0.4% |
| Rocky Mountain | 1.7% |
| Salsa | 1.1% |
| Santa Cruz | 1.3% |

# Bicycle Ownership

## Brands of Bicycles Owned (Road and Off-Road), continued

| | |
|---|---:|
| Schwinn | 14.7% |
| Scott | 2.5% |
| Serotta | 0.6% |
| Seven | 1.1% |
| Specialized | 27.2% |
| Surly | 0.6% |
| Swobo | - |
| Time | - |
| Titus | 0.6% |
| Tomac | - |
| Tommaso | 0.2% |
| Tommasini | - |
| Torelli | 0.4% |
| Trek | 40.2% |
| Turner | 0.2% |
| Ventana | - |
| Waterford | 0.4% |
| Yeti | 0.2% |
| Other | 26.9% |

# Bicycle Ownership

## Brands of Road Bicycles Owned

Which brands of bikes do you own? Road

Total                        468
Total not answering            4
Total answering             464
Base: Respondent currently owns a road bike

| | |
|---|---|
| Argon 18 | 0.2% |
| Bianchi | 7.8% |
| BMC | - |
| Burley | 0.9% |
| Calfee | 0.4% |
| Cannondale | 14.9% |
| Cervelo | 1.5% |
| Colnago | 1.1% |
| Commencal | - |
| Co-Motion | 0.4% |
| Cove | - |
| Dean | 0.4% |
| DeRosa | 0.4% |
| Devinci | - |
| Diamondback/DBR | 3.0% |
| Douglas | 0.6% |
| Eddy Merckx | 0.6% |
| Electra | 1.3% |
| Ellsworth | 0.2% |
| Felt | 2.4% |
| Foes | - |
| Fuji | 5.8% |
| Gary Fisher | 2.8% |
| Giant | 12.9% |
| GT | 2.2% |
| Haro | 0.6% |
| Independent Fabrication | 0.4% |
| Intense | - |

# Bicycle Ownership

## Brands of Road Bicycles Owned, continued

| | |
|---|---|
| Iron Horse | 0.4% |
| Jamis | 2.2% |
| K2 | - |
| Kestrel | 0.6% |
| KHS | 0.9% |
| Kona | 1.3% |
| Kuota | 0.2% |
| LeMond | 6.3% |
| Litespeed | 5.2% |
| Look | 0.6% |
| Marin | 1.5% |
| Masi | 1.1% |
| Maverick | - |
| Merlin | 0.6% |
| Mongoose | 0.9% |
| Moots | - |
| Motobecane | 1.5% |
| Mountain Cycle | - |
| Norco | - |
| Novara | 3.0% |
| Opera | - |
| Orange | - |
| Orbea | 3.0% |
| Parlee | - |
| Pegoretti | 0.2% |
| Pinarello | 0.6% |
| Raleigh | 10.3% |
| Ritchey | - |
| Rivendell | 0.4% |
| Rocky Mountain | 0.2% |
| Salsa | 0.6% |
| Santa Cruz | - |
| Schwinn | 11.0% |

# Bicycle Ownership

## Brands of Road Bicycles Owned, continued

| | |
|---|---|
| Scott | 2.4% |
| Serotta | 0.4% |
| Seven | 1.1% |
| Specialized | 20.9% |
| Surly | 0.2% |
| Swobo | - |
| Time | - |
| Titus | 0.4% |
| Tomac | - |
| Tommaso | 0.2% |
| Tommasini | - |
| Torelli | 0.2% |
| Trek | 33.4% |
| Turner | - |
| Ventana | - |
| Waterford | 0.4% |
| Yeti | - |
| Other | 21.8% |

# Bicycle Ownership

## Brands of Off-Road Bicycles Owned

Which brands of bikes do you own? Off-Road

Total                       331
Total not answering          51
Total answering             280
Base: Respondent currently owns a mountain bike

| Brand | % |
|---|---|
| Argon 18 | - |
| Bianchi | 2.5% |
| BMC | - |
| Burley | 0.4% |
| Calfee | - |
| Cannondale | 5.7% |
| Cervelo | - |
| Colnago | - |
| Commencal | 0.4% |
| Co-Motion | - |
| Cove | - |
| Dean | 0.4% |
| DeRosa | - |
| Devinci | 0.4% |
| Diamondback/DBR | 3.6% |
| Douglas | - |
| Eddy Merckx | - |
| Electra | - |
| Ellsworth | 0.7% |
| Felt | - |
| Foes | 0.4% |
| Fuji | 1.1% |
| Gary Fisher | 8.9% |
| Giant | 10.0% |
| GT | 2.9% |
| Haro | 1.1% |
| Independent Fabrication | - |
| Intense | - |

# Bicycle Ownership

## Brands of Off-Road Bicycles Owned, continued

Iron Horse ........................................................................................ 1.4%

Jamis ................................................................................................ 2.1%

K2 ..................................................................................................... 1.8%

Kestrel .............................................................................................. 0.4%

KHS ................................................................................................... 1.1%

Kona .................................................................................................. 5.0%

Kuota ........................................................................................................ -

LeMond ..................................................................................................... -

Litespeed .......................................................................................... 1.4%

Look ......................................................................................................... -

Marin ................................................................................................. 1.1%

Masi .......................................................................................................... -

Maverick ................................................................................................... -

Merlin ............................................................................................... 0.4%

Mongoose ......................................................................................... 5.0%

Moots ....................................................................................................... -

Motobecane .............................................................................................. -

Mountain Cycle ............................................................................... 0.4%

Norco ....................................................................................................... -

Novara ............................................................................................... 1.8%

Opera ....................................................................................................... -

Orange ..................................................................................................... -

Orbea ....................................................................................................... -

Parlee ...................................................................................................... -

Pegoretti .................................................................................................. -

Pinarello .................................................................................................. -

Raleigh .............................................................................................. 5.0%

Ritchey ..................................................................................................... -

Rivendell .................................................................................................. -

Rocky Mountain ............................................................................... 2.9%

Salsa ................................................................................................. 0.7%

Santa Cruz ........................................................................................ 2.1%

Schwinn ............................................................................................ 9.6%

# Bicycle Ownership

## Brands of Off-Road Bicycles Owned, continued

| | |
|---|---|
| Scott | 0.4% |
| Serotta | 0.4% |
| Seven | - |
| Specialized | 17.5% |
| Surly | 0.7% |
| Swobo | - |
| Time | - |
| Titus | 0.4% |
| Tomac | - |
| Tommaso | - |
| Tommasini | - |
| Torelli | 0.4% |
| Trek | 26.4% |
| Turner | 0.4% |
| Ventana | - |
| Waterford | - |
| Yeti | 0.4% |
| Other | 15.4% |

# Bicycle – Next Purchase

## Brands of Bicycles Most Likely to Consider for Next New Purchase (Road and Off-Road)

What brand(s) of bicycles will you most likely consider for your next new purchase (*road or mountain*)?

Total                        282
Total not answering           43
Total answering              239
Base: Plans to buy a new bike within the next 2 years

Argon 18 ................................................................................................................0.4%
Bianchi ...............................................................................................................12.6%
BMC ....................................................................................................................1.7%
Burley..................................................................................................................2.5%
Calfee..................................................................................................................0.8%
Cannondale .......................................................................................................29.3%
Cervelo ..............................................................................................................13.4%
Colnago ...............................................................................................................5.0%
Commencal..........................................................................................................0.4%
Co-Motion ............................................................................................................1.7%
Cove .......................................................................................................................-
Dean .....................................................................................................................0.4%
DeRosa ................................................................................................................2.5%
Devinci .................................................................................................................0.8%
Diamondback/DBR ...............................................................................................3.8%
Douglas.................................................................................................................0.4%
Eddy Merckx ........................................................................................................6.7%
Electra..................................................................................................................3.3%
Ellsworth ..............................................................................................................0.8%
Felt......................................................................................................................13.4%
Foes .....................................................................................................................0.4%
Fuji .....................................................................................................................10.0%
Gary Fisher ........................................................................................................13.4%
Giant ...................................................................................................................25.5%
GT ........................................................................................................................4.6%
Haro .....................................................................................................................0.4%
Independent Fabrication ......................................................................................4.6%

# Bicycle – Next Purchase

## Brands of Bicycles Most Likely Consider for Next New Purchase (Road and Off-Road), continued

| | |
|---|---|
| Intense | 0.8% |
| Iron Horse | 2.5% |
| Jamis | 6.3% |
| K2 | 2.5% |
| Kestrel | 2.5% |
| KHS | 1.3% |
| Kona | 7.5% |
| Kuota | 2.5% |
| LeMond | 8.4% |
| Litespeed | 8.8% |
| Look | 5.4% |
| Marin | 5.0% |
| Masi | - |
| Maverick | 0.8% |
| Merlin | 2.1% |
| Mongoose | 1.3% |
| Moots | 3.3% |
| Motobecane | 2.5% |
| Mountain Cycle | - |
| Norco | 0.8% |
| Novara | 3.8% |
| Opera | 0.8% |
| Orange | - |
| Orbea | 13.8% |
| Parlee | 0.8% |
| Pegoretti | 1.3% |
| Pinarello | 11.3% |
| Raleigh | 10.5% |
| Ritchey | 1.3% |
| Rivendell | 2.5% |
| Rocky Mountain | 6.7% |
| Salsa | 4.2% |

# Bicycle – Next Purchase

## Brands of Bicycles Most Likely Consider for Next New Purchase (Road and Off-Road), continued

| | |
|---|---|
| Santa Cruz | 5.0% |
| Schwinn | 8.4% |
| Scott | 7.1% |
| Serotta | 2.9% |
| Seven | 5.9% |
| Specialized | 44.4% |
| Surly | 1.7% |
| Swobo | 0.8% |
| Time | 0.8% |
| Titus | 2.5% |
| Tomac | 0.4% |
| Tommaso | - |
| Tommasini | 0.8% |
| Torelli | 0.4% |
| Trek | 55.2% |
| Turner | 0.8% |
| Ventana | - |
| Waterford | 2.1% |
| Yeti | 2.5% |
| Other | 6.7% |