IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TREK BICYCLE CORPORATION,

    Plaintiff,

v.

TREK WINERY, LLC and ANDREW PODSHADLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-603-vis

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Trek Winery, LLC and Andrew Podshadley dismissing this case for lack of personal jurisdiction without prejudice to plaintiff Trek Bicycle Corporation refiling it in another district.

_____      3/2/10
Peter Oppeneer, Clerk of Court           Date